# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALBERT J. BRYANT**                                                               **PLAINTIFF**

**v.**                                    **Case No. 4:16-cv-00922-KGB**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 18). Neither plaintiff Albert J. Bryant nor defendant Nancy A. Berryhill, Acting Commissioner, Social Security Administration, has filed objections to the Recommended Disposition, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Therefore, per sentence four of 42 U.S.C. § 405(g), the Court reverses the Commissioner's decision, and the Court remands the case for further review consistent with the Recommended Disposition.

It is so ordered this the 2nd day of March, 2018.

                                                                    _____
                                                                    KRISTINE G. BAKER
                                                                    UNITED STATES DISTRICT JUDGE